**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000436
26-JUN-2025
08:20 AM
Dkt. 27 ODSLJ**

NO. CAAP-24-0000436

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, vs.
KITTY ANN CHRYST, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CASE NOS. 3DTC-18-007296; 3DTC-19-053401; 3DTC-19-053561)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, Wadsworth, JJ.)

Upon review of the record, it appears Defendant-Appellant Kitty Ann **Chryst** appeals from the District Court of the Third Circuit's respective "Order[s] re: Defendant's Ex Parte Motion for the Removal of Driver's License and/or Motor Vehicle Registration Stopper and Issuance of a Clearance Letter," entered May 20, 2024, in 3DTC-19-053561, 3DTC-18-007296, and 3DTC-19-053401 (collectively, **May 20, 2024 Orders**).

We conclude the court lacks appellate jurisdiction, as Chryst's June 20, 2024 Notice of Appeal was not timely-filed within thirty days after entry of the May 20, 2024 Orders, as required by Hawai'i Rules of Appellate Procedure Rule 4(b)(1).[1] "[C]ompliance with the requirement of timely filing of a notice of appeal is jurisdictional, and we must dismiss an appeal on our motion if we lack jurisdiction." State v. Uchima, 147 Hawai'i 64, 77, 464 P.3d 852, 865 (2020).

---

[1] The deadline to appeal fell on June 19, 2024.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

Dated: Honolulu, Hawaiʻi June 26, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge